IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-cv-00481

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF B.A. HOFT & ASSOCIATES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CONSENT ORDER TO STAY ACTION |
| DTC ENGINEERS & CONSTRUCTORS, LLC and THE HANOVER INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendants DTC Engineers & Constructors, LLC

and The Hanover Insurance Company's Motion to Dismiss or in the Alternative to Stay Action.

For good cause shown, and upon consent of the undersigned counsel, it is hereby ORDERED

that this action be stayed pending mediation and arbitration of the Parties' disputes. up to and through
March 26, 2011.   If the action is not earlier resolved, status report shall
be due on this date, setting forth reason why stay should be continued and

| _/s/ Lindsey E. Powell_ | _/s/_ James C. Thornton   for what length of |
|---|---|
| Lindsey E. Powell, NCSB #39993 | James C. Thornton, NCSB # 16589   time. |
| _Attorneys for Plaintiff B.A. Hoft & Associates, Inc._ | _Attorneys for Defendants DTC Engineers & Constructors, LLC and The Hanover Insurance Company_ |

SO ORDERED This the 26ᵗ day of Dec AT _____, 2011.

LOUISE W. FLANAGAN
United States District Court Judge