IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-cv-00481

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| FOR THE USE AND BENEFIT OF ) | |
| B.A. HOFT & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT ORDER TO STAY ACTION |
| ) | |
| DTC ENGINEERS & ) | |
| CONSTRUCTORS, LLC and THE ) | |
| HANOVER INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Defendants DTC Engineers & Constructors, LLC and The Hanover Insurance Company's Motion to Dismiss or in the Alternative to Stay Action.

For good cause shown, and upon consent of the undersigned counsel, it is hereby ORDERED that this action be stayed pending mediation and arbitration of the Parties' disputes. up to and through March 26, 2011. If the action is not earlier resolved, status report shall be due on this date, setting forth reason why stay should be continued and for what length of time.

| /s/ Lindsey E. Powell | /s/ James C. Thornton |
|---|---|
| Lindsey E. Powell, NCSB #39993 | James C. Thornton, NCSB # 16589 |
| *Attorneys for Plaintiff B.A. Hoft & Associates, Inc.* | *Attorneys for Defendants DTC Engineers & Constructors, LLC and The Hanover Insurance Company* |

SO ORDERED This the 26th day of December, 2011.

_____
LOUISE W. FLANAGAN
United States District Court Judge